# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmie Lynn Lucas, | No. CV-06-1313-PHX-DGC (JCG) |
| Petitioner, | **ORDER** |
| v. | |
| Dora Schriro, et al., | |
| Respondents. | |

Pending before the Court are Petitioner Jimmie Lynn Lucas's petition for writ of habeas corpus and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation Regarding Stay of Petition ("R&R"). Dkt. ##1, 34. The R&R recommends that the Petitioner's habeas proceedings be stayed pending a final ruling by the state court on Petitioner's third post-conviction relief proceedings. Dkt. #34 at 1, 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 5 (citing 28 U.S.C. § 636(b)(1)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and stay the petition

pending the final ruling by the state court on Petitioner's third petition for post-conviction relief. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

This acceptance does not constitute a ruling on the merits of Petitioner's claim. Judge Guerin addressed the merits as part of the analysis needed to determine whether a stay is appropriate. The Court accepts Judge Guerin's recommendation that this matter be stayed, but expresses no view on the merits of this case.

**IT IS ORDERED:**

1. Magistrate Judge Jennifer C. Guerin's R&R (Dkt. #34) is **accepted**.

2. Petitioner Jimmie Lynn Lucas's federal habeas petition (Dkt. #1) is **stayed** pending a final ruling by the state court on Petitioner's third post-conviction relief proceedings.

3. Respondents shall file a status report concerning the state court proceedings on or before June 30, 2008, and every three months thereafter until the stay is lifted.

DATED this 10th day of April, 2008.

_____
David G. Campbell
United States District Judge